UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROGER E. BROADWAY, | ) |
| *Petitioner*, | ) Case No. 3:19-cv-353 |
| v. | ) Judge Travis R. McDonough |
| | ) Magistrate Judge Debra C. Poplin |
| KEVIN GENOVESE, | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this action is **DISMISSED** as time barred. A certificate of appealability **SHALL NOT** issue. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT